CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**FEB 19 2008**

JOHN F. CORCORAN, CLERK
BY: ~~~~~~~~
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE RICHES,** | ) | **Civil Action No. 7:08-cv-00111; 7:08-cv-00112;** |
| **Plaintiff,** | ) | **7:08-cv-00113; 7:08-cv-00114; 7:08-cv-00115;** |
| | ) | **7:08-cv-00116; 7:08-cv-00117; 7:08-cv-00118;** |
| | ) | **7:08-cv-00119; 7:08-cv-00120; 7:08-cv-00121;** |
| | ) | **7:08-cv-00122; 7:08-cv-00123; 7:08-cv-00124;** |
| | ) | **7:08-cv-00125; 7:08-cv-00126; 7:08-cv-00127;** |
| | ) | **7:08-cv-00128; 7:08-cv-00129; 7:08-cv-00130;** |
| | ) | **7:08-cv-00131; 7:08-cv-00132; 7:08-cv-00133;** |
| | ) | **7:08-cv-00134; ............ 7:08-cv-00136;** |
| **v.** | ) | **7:08-cv-00138; 7:08-cv-00139; 7:08-cv-00140;** |
| | ) | **7:08-cv-00141; 7:08-cv-00142; 7:08-cv-00143;** |
| | ) | **7:08-cv-00144; 7:08-cv-00145; 7:08-cv-00146;** |
| | ) | **7:08-cv-00147; 7:08-cv-00149** |
| | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **VARIOUS DEFENDANTS.** | ) | **By: Samuel G. Wilson** |
| | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED**

**AND ORDERED** that

1.    Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without

prejudice pursuant to 28 U.S.C. § 1915(g);

2.    Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3.    The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the

accompanying Memorandum Opinion to plaintiff.

ENTER:  This _19th_ day of February, 2008.

_____
United States District Judge

Dockets.Justia.com